**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Melissa Ann Hughes
      Debtor

Case No.: 08−80198

Chapter: 13

**ENTERED**
**08/21/2013**

### ORDER CLOSING CASE WITHOUT DISCHARGE

    The estate has been fully administered. The Debtor has not filed a certification that all § 1328 requirements have been satisfied. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is canceled.

3. This case is closed without entry of a discharge.

Signed and Entered on Docket: 8/21/13

LETITIA Z. PAUL
United States Bankruptcy Judge